BOBBIE R. BAILEY, SBN 159663
bbailey@leaderberkon.com
EDWARD MARTINOVICH, SBN: 237844
emartinovich@leaderberkon.com
LEADER BERKON COLAO & SILVERSTEIN LLP
550 South Hope Street, Suite 1850
Los Angeles, CA 90071
Telephone: (213) 234-1750
Facsimile:  (213) 234-1747

Attorneys for Plaintiff
**BASF CORPORATION**

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BASF CORPORATION, | Case No.: 5:23-cv-00139-SSS (KKx) |
|---|---|
| Plaintiff, | |
| -against- | ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
| LSM LLC d/b/a FIX APPLE VALLEY and LUIS PARTIDA, | |
| Defendants. | **NOTE CHANGES MADE BY COURT** |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

On May XX, 2023, Plaintiff BASF Corporation ("BASF") and Defendants LSM LLC d/b/a Fix Apple Valley ("Body Shop") and Luis Partida ("Partida," and collectively with Body Shop, "Defendants"), by and through their respective counsel, filed a joint stipulation of dismissal ("Stipulation") pursuant to Rule 41(A)(1)(a)(ii) of the Federal Rules of Civil Procedure, that this entire action is hereby dismissed with prejudice and with each party to pay its own costs and attorney's fees.

The Court, having considered the parties' Stipulation, and finding good cause, hereby GRANTS the Stipulation, and ORDERS as follows:

1. This action is dismissed with prejudice as to all claims, causes of action and parties. Each party shall bear its own attorney's fees, expenses, and costs.

2. The Scheduling Conference set for June 30, 2023 is hereby VACATED.

**IT IS SO ORDERED.**

DATED: June 6, 2023

_____
Honorable Sunshine S. Sykes
UNITED STATES DISTRICT JUDGE